CSK
F.# 2004R01835

CR 05 471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

KIRILL PERCY,
   also known as "Ken,"

       Defendant.

- - - - - - - - - - - - - X

NOTICE OF MOTION

IRIZARRY, J.

MATSUMOTO, M.J.

      PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
         June 15, 2005

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By:    _____

Charles S. Kleinberg
Assistant U.S. Attorney
(718) 254-6012

cc:  Barry Fallick, Esq.
    Rochman Fallick Platzer Sternheim Luca & Pearl, LLP
    666 Third Avenue
    New York, N.Y. 10017

    Clerk of the Court

*05 CR 471 (DLI)*
*Mag. (KAM)*

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

USAO# <u>2004R01835</u>

# CR 05 471

1.  Title of Case: <u>United States v.  Kirill Percy also known as "Ken"</u>

2.  Related Magistrate Docket Number(s)

    None (X)

    *IDIZARRY, J.*

3.  Arrest Date: <u>None</u>

4.  Nature of offense(s):  X     Felony
    ☐     Misdemeanor

    **MATSUMOTO, M.J.**

5.  Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): <u>U.S. v. Vyatcheslav Viktoren-Kov, et al. 05 CR 0113 (Irrizary)</u>

6.  Projected Length of Trial:      Less than 6 weeks     ( X )
                                     More than 6 weeks     (  )

7.  County in which crime was allegedly committed: <u>Kings</u>
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment been ordered sealed?             ( ) Yes   ( X ) No

9.  Have arrest warrants been ordered?                   ( ) Yes   (X) No

10. Is a capital count included in the indictment?       ( ) Yes   (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____

Charles Kleinberg
Assistant U.S. Attorney
(718) 254-6012

Rev. 10/01/03