UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     **ORDER**
                                    :
        -against-                   :     05-CR-471 (DLI)
                                    :
KIRILL PERCY,                       :
                                    :
        Defendant.                  :
------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

On June 16, 2005 the United States Attorney filed a Notice of Intent to proceed under FRCrP 7(b) in this case. To date, no information or indictment has been filed. Therefore, it is hereby

ORDERED that the United States Attorney file a status report with this Court, via ecf, no later than October 31, 2005. If the Government does not intend to pursue this matter, a proposed order of dismissal should be submitted to the Court.

DATED:   Brooklyn, New York
         October 18, 2005

                                        _____
                                        DORA L. IRIZARRY
                                        United States District Judge