

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CSK
F. #2005R000050

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

October 25, 2005

BY ELECTRONIC FILING
The Honorable Dora L. Irizarry
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Kiril Percy
            Criminal Docket No. 05-471 (DLI)

Dear Judge Irizarry:

      In response to the Court's order of October 18, 2005, directing the government to file a status report in the above case by October 31, 2005, the government writes to advise that the above defendant's plea has been scheduled before your honor for November 9, 2005 at 9:00 A.M.

      Thank you for your attention.

                          Respectfully submitted,

                          ROSLYNN R. MAUSKOPF
                          United States Attorney

                By:      /s/
                          Charles S. Kleinberg
                          Assistant U.S. Attorney
                          (718) 254-6012