

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RLB:CSK
F. #2005R000050

*271 Cadman Plaza East*
*Brooklyn, New 1201*

January 14, 2011

BY ECF

The Honorable Dora L. Irizarry
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Kiril Percy
          Criminal Docket No. 05-471 (DLI)

Dear Judge Irizarry:

    The government respectfully writes in response to the above-referenced defendant's sentencing letter dated January 5, 2011. The defendant is scheduled to be sentenced on January 27, 2011.

    The government has no knowledge of, nor any reason to dispute the statements made in the defendant's letter concerning the defendant's medical condition, employment history or prospects, or his bar status. With respect to the defendant's bankruptcy court petition in Florida, the government previously questioned the defendant about the status of that petition, and the defendant advised the government, as he advised the Court, that the petition was dismissed.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:      /s/

    Charles S. Kleinberg
    Assistant U.S. Attorney
    (718) 254-6012