UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**  Docket No. 05-cr-00471-DLI

v.

**KIRILL PERCY.**
_____   /

## NOTICE OF PAYMENT OF SPECIAL ASSESSMENT

PLEASE TAKE NOTICE that the Defendant, Kirill Percy, has paid in full a special assessment of $100.00 in the above-referenced matter. Appended hereto is a copy of the receipt from the Clerk of this Honorable Court confirming this payment.

DATED:   February 1, 2011
         Fort Lauderdale, Florida

                              Respectfully submitted,

                              Malman, Malman & Rosenthal
                              3107 Stirling Road
                              Suite 101
                              Fort Lauderdale, Florida 33312-8500
                              Tel. 954-322-0065
                              Fax. 954-322-0064
                              Email: myles@malman.com


                              By:   s/ Myles H. Malman
                                    Myles H. Malman

Copies to: all counsel of record (*via ECF*)

&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653024746
Cashier ID: hariklia
Transaction Date: 01/28/2011
Payer Name: KIRILL PERCY

---

CRIMINAL DEBT
 For: KIRILL PERCY
 Case/Party: D-NYE-1-05-CR-000471-001
 Amount:        $100.00

---

CASH
 Amt Tendered:  $100.00

---

Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00


EXHIBIT A