# OFFICE OF ATTORNEY ETHICS

### OF THE

### SUPREME COURT OF NEW JERSEY



CHARLES CENTINARO
*DIRECTOR*

PHONE: (609) 530-4008
FAX:    (609) 530-5238

P.O. BOX 963
TRENTON, NEW JERSEY 08625

December 12, 2014

*Sent via fax only*
*718-613-2156*

**Honorable Dora L. Irizarry, U.S.D.J**
225 Cadman Plaza East Room 928S
Brooklyn, NY 11201

Attention: Christy Carosella, Courtroom Deputy

     Re:    **United States v. Kirill Percy**
               **Criminal Docket No. 1:05-cr-00471-DLI-1**

Dear Judge Irizarry:

    Permission was given to fax our request in connection with our on-going investigation regarding the above matter. The New Jersey Supreme Court Office of Attorney Ethics seeks permission to obtain a copy of the plea transcript that was heard by Your Honor on November 9, 2005. Upon your order, I will request the plea transcript from the appropriate court reporter.

    Should you have any questions or concerns, you may reach me directly at (609) 530-5790.

                    Very truly yours,

                    Julie Bakle Beck
                    Investigator

*The application is granted.*

*So Ordered.*

*Dated: Brooklyn, NY*
*December 17, 2014*

(S/ Dora L. Irizarry

USDJ